

# IN THE
# TENTH COURT OF APPEALS

### No. 10-18-00182-CR

REGINALD HARRIS,

Appellant

 v.

THE STATE OF TEXAS,

Appellee

**From the 54th District Court
McLennan County, Texas
Trial Court No. 2015-889-C2**

## MEMORANDUM OPINION

Appellant Reginald Harris appeals from an order denying his "Motion for Declaration of Inability to Pay Cost (Pro se)" and "Motion for Production of Record's (Pro Se)."

Harris pleaded guilty pursuant to a plea agreement to two counts of indecency with a child by contact. The trial court assessed Harris's punishment at six years' imprisonment for each count, to run concurrently. Sentence was imposed on August 11, 2016. On May 7, 2018, Harris filed in the trial court a declaration of inability to pay costs

and a motion requesting that the trial court require the McLennan County District Clerk "to produce all documents, copies of evidence, Clerk's Records, Court transcripts, and grand jury minutes" in this cause. That same day, the trial court signed an order denying Harris's "Motion for Declaration of Inability to Pay Cost (Pro Se)" and "Motion for Production of Record's (Pro Se)." Harris filed a notice of appeal on May 24, 2018.

In criminal matters, appellate courts have jurisdiction only of appeals that are authorized by law. *Abbott v. State*, 271 S.W.3d 694, 696-97 (Tex. Crim. App. 2008). In this case, we have not found any statutory or constitutional provision that would authorize an appeal from the trial court's order denying Harris's "Motion for Declaration of Inability to Pay Cost (Pro Se)" and "Motion for Production of Record's (Pro Se)." Accordingly, we dismiss this appeal for want of jurisdiction. *See Staley v. State*, 233 S.W.3d 337, 338 (Tex. Crim. App. 2007) (dismissing appeal not authorized by law).

REX D. DAVIS
Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Appeal dismissed
Opinion delivered and filed July 3, 2018
Do not publish
[CR25]

